IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

METROPOLITAN LIFE INSURANCE )
COMPANY, )
    Plaintiff, ) Case No. 2:23-cv-02132-CSB-EIL
 )
vs. ) Judge Colin S. Bruce
 )
BRITTANY J. GLENN, CELIA C. GLENN, ) Magistrate Judge Eric I. Long
NICHOLAS L. GLENN, and MARIA E. GLENN, )
    Defendants. )

## ANSWER TO
## COMPLAINT FOR INTERPLEADER AND DECLARATORY JUDGMENT
## & DEFENDANTS' COUNTERCLAIM

NOW COMES Defendants, Brittany J. Glenn, Celia C. Glenn, Nicholas L. Glenn, and Maria E. Glenn, by their attorneys, Koth, Gregory & Nieminski, P.C., and for their Answer to Complaint for Interpleader and Declaratory Judgment, states as follows:

1. Defendants admit to Paragraph 1. Defendants further state that Plaintiff, Metropolitan Life Insurance Company, is licensed to transact insurance business in all 50 states.

2. Defendants admit to Paragraph 2.

3. Defendants admit to Paragraph 3.

4. Defendants deny Paragraph 4. Defendants further state that Nicholas L. Glenn is an adult resident citizen of Champaign, Illinois.

5. Defendants deny Paragraph 5. Defendants further state that Maria E. Glenn is an adult resident citizen of Champaign, Illinois.

6. With respect to Plaintiff's Paragraph Numbers 6, 7, and 8, Defendants filed a Motion to Change Venue under 28 U.S.C. § 1404(a) to the Central District of Illinois [ECF Doc. No. 2], which was granted and this case was transferred to the United States District

EXHIBIT A

Court for the Central District of Illinois [ECF Doc. No. 3]. Defendants further state that that the United States District Court for the Central District of Illinois has jurisdiction of this action.

7. See Answer to Paragraph 6.

8. See Answer to Paragraph 6.

9. Defendants admit to Paragraph 9.

10. Based upon information and belief, Defendants admit Paragraph 10.

11. Defendants admit to Paragraph 11 which is set forth in 5 U.S.C. § 8705.

12. Defendants deny Paragraph 12. It is Defendants' position that Raquel A. Conerly a/k/a Rachel A. Conerly fraudulently forged Yvette Glenn's signature as well as the signatures of both witnesses on the FEGLI Designation of Beneficiary form dated August 25, 2022.

13. Defendants deny Paragraph 13. It is Defendants' position that Raquel A. Conerly a/k/a Rachel A. Conerly fraudulently forged Yvette Glenn's signature as well as the signatures of both witnesses on the FEGLI Designation of Beneficiary form dated August 25, 2022.

14. Defendants admit to Paragraph 14.

15. Defendants admit to Paragraph 15.

16. Defendants admit to Paragraph 16.

17. Defendants admit that OFEGLI received a claim from Raquel A. Conerly a/k/a Rachel A. Conerly on or about November 7, 2022, but Defendants deny that the claim is legitimate / valid and Defendants deny that the claim should have been paid to Raquel A. Conerly a/k/a Rachel A. Conerly.

18. Defendants admit that MetLife issued payment in the amount of $430,200.00 to Raquel A. Conerly a/k/a Rachel A. Conerly in Paragraph 18. Based upon information and belief,

Defendants admit that said payment was issued by MetLife on or about January 4, 2023 in Paragraph 18. Defendants deny all other statements/allegations contained in Paragraph 18.

19. Defendants admit that Brittany Glenn called MetLife on January 24, 2023 and that MetLife's notes partially reflect the conversation that Brittany Glenn and MetLife had that day.

20. Defendants neither admit nor deny Paragraph 20, but demand strict proof thereof.

21. Defendants admit to Paragraph 21.

22. Defendants admit to Paragraph 22.

23. Defendants admit to Paragraph 23.

24. Defendants admit to Paragraph 24.

25. Defendants admit to Paragraph 25.

26. Defendants admit to the statutory language contained in 5.U.S.C. § 8705(a), but deny that that the Designation of Beneficiary form dated August 25, 2022 is valid.

27. Defendants admit to Paragraph 27.

28. Defendants admit to Paragraph 28.

29. Defendants admit to Paragraph 29.

30. Defendants admit in Paragraph 30 that the disputed and invalid FEGLI Designation of Beneficiary form dated August 25, 2022 provides for distribution as stated.

31. Defendants admit to Paragraph 31.

32. Defendants deny in Paragraph 32 that Defendants have not completed and/or submitted claim form(s) to MetLife for the FEGLI proceeds. Defendants admit the remaining allegations of Paragraph 32.

33. Defendants admit to Paragraph 33.

34. With respect to Paragraph 34, this Honorable Court entered an Agreed Order on July 26, 2023 in regards to the remaining 40% of life insurance benefits payable in the amount of $286,800.00 due to the death of Yvette Glenn to the Defendants under the Federal Employees' Group Life Insurance Program. Thus, Paragraph 34 is moot.

35. Defendants admit to Paragraph 35.

36. Defendants deny that Plaintiff's payment of 60% of the subject FEGLI proceeds was made by Plaintiff in good faith. With respect to the remaining allegations contained in Paragraph 36, this Honorable Court entered an Agreed Order on July 26, 2023 in regards to the remaining 40% of life insurance benefits payable in the amount of $286,800.00 due to the death of Yvette Glenn to the Defendants under the Federal Employees' Group Life Insurance Program and, thus, the remaining allegations contained in Paragraph 36 are moot.

37. With respect to Paragraph 37, this Honorable Court entered an Agreed Order on July 26, 2023 in regards to the remaining 40% of life insurance benefits payable in the amount of $286,800.00 due to the death of Yvette Glenn to the Defendants under the Federal Employees' Group Life Insurance Program. Thus, Paragraph 37 is moot.

38. With respect to Paragraph 38, Defendants adopt, re-allege and incorporate by reference each and every answer/response set forth in Paragraphs 1 through 37 above in their entirety.

39. With respect to Paragraph 39, Defendants are contesting the 8/25/2022 designation of beneficiary and have agreed to payment of the remaining 40% of benefits, but deny that the agreement is done to be "consistent with the 8/25/2022 designation" but based on the

3/02/2022 designation that provides each of the Defendants more than 10% of the total benefits.

40. With respect to Paragraph 40, Defendants admit that they requested the payment of the remaining 40% of benefits without releasing any claims the Defendants may have against MetLife for its payment of 60% of the FEGLI proceeds to Raquel A. Conerly a/k/a Rachel A. Conerly.

41. Defendants admit to Paragraph 41.

42. Based on information and belief, Defendants admit to Paragraph 42.

43. Defendants deny Paragraph 43.

44. Defendants deny Paragraph 44.

WHEREFORE, the Defendants respectfully request the following:

A. That this Honorable Court order that Plaintiff's request of the remaining 40% of life insurance benefits payable in the amount of $286,800.00 be accepted into the registry of this Court moot pursuant to the Agreed Order entered on July 26, 2023 [ECF Doc. No. 9].

B. That this Honorable Court order that Plaintiff's request that Defendants be required to make a full and complete answer setting forth their claims to the remaining 40% of life insurance benefits payable in the amount of $286,800.00 moot pursuant to the Agreed Order entered on July 26, 2023 [ECF Doc. No. 9].

C. That this Honorable Court order that Plaintiff's request for an award be made to Plaintiff for attorney's fees and costs out of the funds to be deposited into this Court moot pursuant to the Agreed Order entered on July 26, 2023 [ECF Doc. No. 9].

D. That this Honorable Court deny Plaintiff's request that the Defendants be permanently enjoined from instituting or prosecuting against MetLife any proceeding in any state or

United States Court or administrative tribunal affecting the insurance benefits under the FEGLI Policy due to the death of Yvette Conerly Glenn.

E. That this Honorable Court declare and determine that Plaintiff has further liability beyond its admitted liability of $286,800.00, plus applicable interest to Defendants for FEGLI benefits as a result of the death of Yvette Conerly Glenn.

F. That this Honorable Court provide such other and further relief to Defendants as this Honorable Court deems equitable and just.

## DEFENDANTS' COUNTERCLAIM

NOW COME Defendants, Brittany J. Glenn, Celia C. Glenn, Nicholas L. Glenn, and Maria E. Glenn, by their attorneys, Koth, Gregory & Nieminski, P.C., pursuant to Rule 13 of the Federal Rules of Civil Procedure, and for their Counterclaim against Metropolitan Life Insurance Company, states as follows:

1. Plaintiff, is an insurance company organized and existing under the laws of the State of New York, with its principal place of business in New York. Plaintiff is licensed to transact insurance business in all 50 states.

2. The Defendants are all adult resident citizens of Champaign, Illinois.

3. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331 because the action arises under the Federal Employees' Group Life Insurance Act ("FEGLIA"), 5 U.S.C. § 8701, et seq.

4. Venue is appropriate in the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. § 1391(b) because all of the Defendants reside in the Central District of Illinois.

5. Yvette Glenn (the "Decedent"), as a federal employee was covered under the FEGLI Program pursuant to FEGLIA. The Office of Federal Employees Group Life Insurance ("OFEGLI") is an administrative unit of Metropolitan Life Insurance Company responsible for administering claims for FEGLI benefits under the FEGLI Program.

6. All record keeping for employees under the FEGLI Program is done either by the federal employee's agency or the United States Office of Personnel Management ("OPM"). OFEGLI becomes involved only following a claim for FEGLI benefits. At that point, documents from the decedent's personnel file that are relevant to adjudication of claims for the decedent's FEGLI benefits are forwarded to OFEGLI by the record keeper (here, the United States Department of Veteran Affairs). OFEGLI then adjudicates the claims.

7. The Decedent, Yvette Glenn, died on September 4, 2022 in Ridgeland, Mississippi.

8. At the time of her death, the Decedent, Yvette Glenn, had FEGLI coverage in the amount of $717,000.00 ("FEGLI Benefits").

9. As a result of the Decedent, Yvette Glenn's death, the FEGLI Benefits became payable to the proper beneficiaries.

10. The FEGLI Proceeds for the Decedent, Yvette Glenn, are payable in accordance with the last valid beneficiary designation form signed by the Decedent, Yvette Glenn, and received in the employing office before the Insured's death. 5 U.S.C. § 8705(a).

11. The last valid FEGLI Designation of Beneficiary form was signed by the Decedent, Yvette Glenn, on March 2, 2022.

12. Based on information and belief, Raquel A. Conerly a/k/a Rachel A. Conerly fraudulently forged Yvette Glenn's signature as well as the signatures of both witnesses on the FEGLI Designation of Beneficiary form dated August 25, 2022.

13. That prior to August 25, 2022, Yvette Glenn's children (Brittany J. Glenn, Celia C. Glenn, Nicholas L. Glenn, and Maria E. Glenn) were the named beneficiaries designated to receive the life insurance proceeds of Yvette Glenn when she died. *Please see a copy of the Decedent's 3/02/2022 FEGLI Designation of Beneficiary form which is attached hereto as Exhibit 1.*

14. The United States Department of Veterans Affairs and Metropolitan Life Insurance Company were made aware of the allegation of the FEGLI Designation of Beneficiary Form dated August 25, 2022 being fraudulent prior to paying out any FEGLI benefits.

15. The attached e-mail dated November 29, 2022 from Brittany Glenn (one of the defendant's in this matter and one of the decedent's daughters) to the United States Department of Veteran Affairs states "As you may be aware there has been a huge amount of fraudulent activity from her sister Rita Conerly and mother Rachel Conerly including changing of beneficiaries (on life insurance and her TSP account on the day my mother died) so we had to proceed with legal counsel. We are meeting Thursday however to get assistance with the benefits being changed and how to proceed." *Please see e-mail dated November 29, 2022 attached hereto as Exhibit 3.*

16. The documents from the decedent's personnel file that are relevant to the adjudication of claims for the decedent's FEGLI benefits are forwarded to OFEGLI by the record keeper (here, the United States Department of Veteran Affairs). The United States

Department of Veteran Affairs' knowledge of the e-mail dated November 29, 2022 from Brittany Glenn to the United States Department of Veteran Affairs is imputed to Metropolitan Life Insurance Company and, thus, there is a presumption that Metropolitan Life Insurance Company had knowledge of the e-mail dated November 29, 2022 from Brittany Glenn to the United States Department of Veteran Affairs.

17. Also, there is an e-mail from the United States Department of Veteran Affairs to Metropolitan Life Insurance Company dated December 28, 2022 which states "Please note that the other beneficiaries have expressed that they are not submitting their paperwork since they are suing Rachel Conerly." *Please see e-mail dated December 28, 2022 attached hereto as Exhibit 2.*

18. Metropolitan Life Insurance Company has an obligation to properly investigate to determine that the correct beneficiaries are paid FEGLI benefits.

19. Here, there is no indication that any investigation was done by Metropolitan Life Insurance Company prior to paying out 60% of the FEGLI benefits in the amount of $430,200.00 to Raquel A. Conerly a/k/a Rachel A. Conerly pursuant to the fraudulent FEGLI Designation of Beneficiary Form dated August 25, 2022.

20. Based on information and belief, Metropolitan Life Insurance Company paid out 60% of the FEGLI benefits in the amount of $430,200.00 to Raquel A. Conerly a/k/a Rachel A. Conerly on or around January 4, 2023.

21. Metropolitan Life Insurance Company breached the FEGLI insurance policy by paying out 60% of the FEGLI benefits in the amount of $430,200.00 on or around January 4, 2023 pursuant to the fraudulent FEGLI Designation of Beneficiary Form dated August 25, 2022 when Metropolitan Life Insurance Company knew prior to

paying out benefits of the fraudulent allegations of the FEGLI Designation of Beneficiary Form dated August 25, 2022.

22. Defendants have been injured by Metropolitan Life Insurance Company paying out 60% of the FEGLI benefits in the amount of $430,200.00 as those benefits should have been paid by Metropolitan Life Insurance Company to the Defendants pursuant to the last valid FEGLI Designation of Beneficiary form dated March 2, 2022.

WHEREFORE, Defendants pray as follows:

A. Defendants request that judgment be entered in favor of Defendants and against Metropolitan Life Insurance Company for direct damages in the amount of $430,200.00 plus costs and interest, and

B. Defendants pray for such other and further relief to Defendants as the Court deems equitable and just.

>    Brittany J. Glenn, Celia C. Glenn, Nicholas L. Glenn, and Maria Glenn,
>    Defendants,
>
>    By: /s/ *Kristin L. Nieminski*
>    One of Defendants' Attorneys
>    Kristin L. Nieminski, ARDC No. 6298600
>    420 N. Main Street
>    Bloomington, IL 61701
>    Phone: 309-828-5090
>    Fax: 309-828-3806
>    legal@kgnlawfirm.com

# Designation of Beneficiary
## Federal Employees' Group Life Insurance (FEGLI) Program
### (DO NOT erase or cross-out. Use a new form.)

**FEGLI** Federal Employees Group Life Insurance

Form Approved
OMB No. 3206-0136

Important
Read instructions on the Back of Part 2 before completing this form.

### A. Information About the Insured (not the Assignee if there is one) (type or print)

| Name of Insured (Last, first, middle) | Date of birth of Insured (mm/dd/yyyy) | Social Security Number of Insured |
|---|---|---|
| GLENN, YVETTE | [redacted] | [redacted] |

The Insured is: [X] an employee / [ ] a retiree / [ ] a compensationer

Place an "X" in the appropriate box.

If the Insured is retired or receiving Federal Employees' Compensation, give CSA, CSI, or OWCP claim number:

Department or agency where the Insured works (if retired, last department or agency where the Insured worked)

| Department or agency | Bureau or division | Location (city, state and ZIP code) |
|---|---|---|
| GV SONNY MONTGOMERY VAMC | VA | JACKSON, MS 39216 |

### B. Information About the Beneficiary or Beneficiaries (See Back of Part 1 for examples) (type or print)

| First name, middle initial, and last name of each beneficiary | Social Security Number | Address (including ZIP code) | Relationship | Percent or fraction designated |
|---|---|---|---|---|
| BRITTANY J GLENN | [redacted] | , CHAMPAIGN, IL 61820 | DAUGHTER | 20 |
| CELIA C GLENN | [redacted] | , CHAMPAIGN, IL 61821 | DAUGHTER | 20 |
| NICHOLAS L GLENN | [redacted] | RIDGELAND, MS 39216 | SON | 20 |
| MARIA E GLENN | [redacted] | RIDGELAND, MS 39216 | DAUGHTER | 40 |

Total (Must equal 100% or 1.0) (Do not use dollar amounts)
(Do not put a Total if you designated types of Insurance. See example 4 on Back of Part 1.) — 100

### C. Statement of Insured or Assignee (type or print)

Your name and address (including ZIP code):
YVETTE GLENN
RIDGELAND, MS 39216

Please check one: I am
[X] the Insured
[ ] an Assignee

See Back of Part 2 for definitions

Please check all three:
[X] I have not assigned the insurance
[X] Two people who witnessed my signature signed below
[X] I did not name either witness as a beneficiary

I understand that if there is a valid assignment on file, only the assignee has the right to designate a beneficiary. If a valid assignment is not on file, but there is a valid court order on file with the agency or the U.S. Office of Personnel Management, as appropriate, any designation I complete for the same benefits is not valid.

I understand that if this Designation is valid, it will stay in effect unless it is cancelled. (See "When Is A Designation Cancelled?" on the Back of Part 2)

I understand that if this Designation is invalid for any reason, the Office of Federal Employees' Group Life Insurance will pay benefits according to the next most recent valid designation. If there isn't one, it will pay according to the order listed on the Back of Part 2.

I am cancelling any and all previous Designations of Beneficiary under the Federal Employees' Group Life Insurance Program and am now designating the beneficiary(ies) named above.

Signature of Insured/Assignee (Only the Insured/Assignee may sign. Signatures by guardians, conservators or through a power of attorney are not acceptable.) This form is not valid unless the Insured/Assignee signs in this box.

/S/ Yvette Glenn

Date (mm/dd/yyyy): 03/02/2022

### D. Witness to Signature (A witness cannot sign if he/she is a payment or a beneficiary)

| Signature of witness | Address (including ZIP code) |
|---|---|
| /S/ Shamyra Paige | Pearl, MS 39208 |
| /S/ Amanda McNeal | Jackson, MS 39203 |

### E. For Agency Use Only (or OPM, as appropriate)

| Receiving agency | Date of receipt (mm/dd/yyyy) | Signature of authorized official | Title |
|---|---|---|---|
| | | | |

U.S. Office of Personnel Management
FEGLI Handbook (RI 76-26)

Part 1 - Original

Previous editions are not usable

SF 2823
Revised May 2014

**EXHIBIT 1**

YVETTE GLENN

The election forms I am referring to would be the documents the insured signed as an employee- they would only be valid if Yvette Glenn completed and signed them and they were on file prior to her death. We have the agency certification (2821) indicating the insured elected opt a and opt b on 8/24/2003. The 2817 dated 8/24/2003 showing this coverage was not received. We also received the designation forms, 2823. The 2817 is missing.

If there is no election form on file completed by the insured, please advise. That would mean there is no optional insurance and would also drastically reduce the amount we would be paying from $717,000 to $143,000.

Also if there is no election forms completed and on file prior to death than we will need an amended 2821 reflecting that.

Thank you,

Kerri Ford


From: Collins, Mary E (WMC) <Mary.Collins5@va.gov>
Sent: Wednesday, December 28, 2022 12:34 PM
To: Ford, Kerri <kford@metlife.com>
Subject: [EXT] RE: re FEGLI Claim 20221102315 Yvette Glenn



Hello Ms. Ford,

Good morning. I have only received the election form from Ms. Glenn's mother, Rachel Conerly, which we submitted for processing 11/29.

Please note that the other beneficiaries have expressed that they are not submitting their paperwork since they are suing Rachel Conerly. I will continue to request the forms. Thank you.

Very Respectfully,

**Mary Collins**
Lead HR Specialist, Team A-1
Retirement Shared Services Office
Workforce Management, WFM
Worklife Benefits, WLB
Human Resources Operations Office, HROO (106A6)
Workforce Management and Consulting (106A)
Veterans' Health Administration
US Department of Veterans Affairs

EXHIBIT 2

Office Phone: (785) 350-1565
Fax (785) 228-4813
Email: mary.collins5@va.gov

Please Visit our WMC Human Resources Hub at WMC HR Hub.

Please Visit our SharePoint Site for information on the services we provide: RSSO SharePoint Site

How was your service today? We value your feedback – please click on the link to take the WMC Quick Card Survey.

From: Ford, Kerri <kford@metlife.com>
Sent: Wednesday, December 28, 2022 10:18 AM
To: Collins, Mary E (WMC) <Mary.Collins5@va.gov>
Subject: [EXTERNAL] FW: re FEGLI Claim 20221102315 Yvette Glenn

I'm handling the life insurance policy for the above named insured, ssn xxx-xx-■■■■.

Can you supply the election forms for the above named insured?

Thank you
Kerri Ford

Our office awaits the completed paperwork I sent to you and your siblings in September. Please note that our office assists with paperwork completion and submission for benefits and has nothing to do with the processing of benefits.

Please let me know if you have any other questions. Thank you.

Very Respectfully,

**Mary Collins**
Lead HR Specialist, Team A-1
Retirement Shared Services Office
Workforce Management, WFM
Worklife Benefits, WLB
Human Resources Operations Office, HROO (106A6)
Workforce Management and Consulting (106A)
Veterans' Health Administration
US Department of Veterans Affairs
Office Phone: (785) 350-1565
Fax (785) 228-4813
Email: mary.collins5@va.gov

Please Visit our WMC Human Resources Hub at WMC HR Hub.

Please Visit our SharePoint Site for information on the services we provide: RSSO SharePoint Site

*How was your service today? We value your feedback – please click on the link to take the WMC Quick Card Survey.*

---

From: Brittany Glenn <brittanyglenn59@gmail.com>
Sent: Tuesday, November 29, 2022 11:08 AM
To: VHA RSSO <VHARSSO@va.gov>
Cc: Collins, Mary E (WMC) <Mary.Collins5@va.gov>
Subject: Re: [EXTERNAL] Retirement benefits

Hello! I apologize we thought this was something else we needed to do, her job notified us about. We are meeting with our lawyer on Thursday to proceed with all the needed paperwork. As you may be aware there has been a huge amount of fraudulent activity from her sister Rita conerly and mother Rachel conerly including changing of beneficiaries ( on life insurance and her TSP account on the day my mother died) so we had to

3

**EXHIBIT 3**

> proceed with legal counsel. We are meeting Thursday however to get assistance with the benefits being changed and how to proceed.
>
> Brittany Glenn-BS, EdM, MSW-LSW
> P: 217-281-2117

On Nov 29, 2022, at 10:51 AM, VHA RSSO <VHARSSO@va.gov> wrote:

Good Morning Ms Glenn,

You still have not sent back your paperwork to the counselor whom I have CC'd on this email. We cannot do anything further until you send back the documents she sent to you, filled out completely and signed. The case is currently on hold for that reason. If you have questions you may call the help line at 866-330-7366.

Respectfully,
The VHA-RSSO Retirement Team
Phone: 1-866-330-7366
Fax: 785-228-4813
Email: ███████████

### How was my service today?

Visit the WMC HR Hub for answers to common HR Questions.

*How was your service today? We value your feedback – please click on the link to take the WMC Quick Card Survey*

---

**From:** Brittany Glenn <brittanyglenn59@gmail.com>
**Sent:** Tuesday, November 29, 2022 8:00 AM
**To:** VHA RSSO <VHARSSO@va.gov>
**Subject:** [EXTERNAL] Retirement benefits

4

Hello, my mother died on September 4 2022. we are trying to get information about her retirement account etc. please see the death certificate below. Thanks!

<image001.jpg>

Brittany Glenn-BS, EdM, MSW-LSW
P: 217-281-2117

5